McGREGOR W. SCOTT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 5:17-PO-00384-JLT |
| v. | ) | |
| RICHARD ASHLEY, | ) | STIPULATION AND [PROPOSED] ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS [DE 6] |
| Defendant. | ) | |

## **BACKGROUND**

On January 25, 2018, defendant filed a Motion to Dismiss (DE 6). Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant Richard Ashley, by and through his counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Special Assistant United States Attorney Darin Rock, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any opposition by the United States must be filed on or before February 12, 2018.

2. Any reply by the defendant must be filed on or before February 26, 2018.

1

DATED: January 29, 2018

By: /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
Richard Ashley

DATED: January 29, 2018 McGREGOR W. SCOTT
United States Attorney

By: /s/ Darin Rock
DARIN ROCK
Special Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated: **January 30, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE