McGREGOR W. SCOTT
United States Attorney
JOSHUA VANN
Special Assistant U.S. Attorney
579 Cow Creek Srv Road
Death Valley, CA 92328
(760) 786-3293

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:17-PO-00384-JLT |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS [DE 6] |
| RICHARD ASHLEY, | |
| Defendant. | |

## **BACKGROUND**

On January 25, 2018, defendant filed a Motion to Dismiss (DE 6). Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant Richard Ashley, by and through his counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Special Assistant United States Attorney Joshua Vann, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any opposition by the United States must be filed on or before February 19, 2018.
2. Any reply by the defendant must be filed on or before March 5, 2018.

1

DATED: February 07, 2018

By: /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
Richard Ashley

DATED: February 07, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Joshua Vann
JOSHUA VANN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 2/7/18

HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE