| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No.122664<br>Federal Defender |
| 2 | ANDREW WONG, CA Bar No. 308269<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>RICHARD ASHLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-00384-JLT |
|---|---|
| Plaintiff, | ) **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [PROPOSED] ORDER** |
| vs. | ) |
| RICHARD ASHLEY, | ) Date: June 5, 2018 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Jennifer L. Thurston |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Richard Ashley, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the June 5, 2018 status conference hearing. Mr. Ashley agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 31, 2018

*/s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
RICHARD ASHLEY

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the June 5, 2018 status conference is waived.

IT IS SO ORDERED.

Dated: __**May 31, 2018**__  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE