1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorneys for Defendant
   RICHARD ASHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-0383 JLT |
|---|---|
| | ) Case No. 5:17-po-0384 JLT |
| Plaintiff, | ) |
| | ) |
| vs. | ) DEFENDANT'S MOTION FOR ORDER |
| | ) REGARDING DISCOVERY; [PROPOSED |
| RICHARD ASHLEY, | ) ORDER] |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION**

On June 7, 2018 Mr. Ashley filed a motion for discovery. (Dkt. 10). On June 8, 2018, this Court directed the government to file its opposition or statement of non-opposition by June 24, 2018. (Dkt. 11). Additionally, the Court ordered the government to produce discovery for each request that it did not oppose. (*Id.*) To date, the Government has not filed an opposition nor has it filed a statement of non-opposition. In response to Mr. Ashley's request, the Government produced fifteen photographs. No additional discovery has been produced.

Pursuant to Local Rule 430.1(d) and this Court's June 8 order (Dkt. 11), Mr. Ashley requests that this Court enter an order compelling the Government to comply with the discovery requests made in Mr. Ashley's June 7 motion (Dkt. 10) and set a deadline of July 13, 2018 for all discovery disclosures.

Dated: June 28, 2018                                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                         /s/ *Andrew Wong*
                                                        ANDREW WONG
                                                        Assistant Federal Defender
                                                        Counsel for Defendant
                                                        RICHARD ASHLEY

## **O R D E R**

The Court **ORDERS** the Government to comply with the discovery request in Mr. Ashley's motion for discovery. (Doc. 10) All discovery disclosures must be made by 5:00 p.m on July 13, 2018.

IT IS SO ORDERED.

Dated: __**July 2, 2018**__                             __/s/ **Jennifer L. Thurston**__
                                                        UNITED STATES MAGISTRATE JUDGE